1  Robert J. Lauson, Esq. (SBN 175,486)
   LAUSON & ASSOCIATES
2  1600 Rosecrans Avenue, 4th Floor
3  Manhattan Beach, California 90266
   Tel.: (310) 321-7890
4  Fax: (310) 321-7891
5  Email: bob@lauson.com

6  Attorneys for Defendants

7
   Yano Rubenstein (SBN. 214,277)
8  Joseph J. Zynczak (SBN 209,094)
   RUBENSTEIN LAW GROUP
9  116 New Montgomery Street, Suite 742
10 San Francisco, CA 94105

11 Attorneys for Plaintiff
12

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15

16 | STORUS CORPORATION, a         | CASE NO.: C 06 7376 CW
17 | California Corporation         |
18 |     Plaintiff,                 | [Proposed] Stipulated Order
   |                                | Rescheduling Case Management
19 |     v.                         | Conference
20 | AROA MARKETING, INC., a
   | California Corporation, dba GADGET
21 | UNIVERSE, DBA STEINHAUSEN
   | ONLINE; SKYMALL,INC., an
22 | Arizona Corporation; STRONG
   | IDEAS CORPORATION, a California
23 | corporation and DOES 1-20, inclusive,
24 |     Defendants.
25
26
27
28

[Proposed] Order Re
Case Mgmnt. Conf.

1  Defendants' counsel hereby propose a one week postponement of the Case
2  Management Conference, from March 9, 2007 1:30 p.m. to March 16, 2007 1:30
3  p.m., in view of an actual conflict they have with a settlement conference occurring
4  that same day in another case.
5  Upon contacting the Court, Defendants' counsel was informed that the new
6  proposed date/time was available for the conference.
7  Plaintiff consents to this order and has no objection to the same.
8
9  Accordingly, IT IS SO ORDERED. The Case Management Conference is
10 rescheduled for March 16, 2007 1:30 p.m.
11
12 Dated: Feb. __27__, 2007                    _____
13                                              U.S. District Judge
14 Presented by:
15
16 LAUSON & ASSOCIATES
17
18 _____
       Robert J. Lauson
19     Attorneys for Defendants
20 Dated: 2/26/07
21
22 RUBENSTEIN LAW GROUP
23 SIGNED WITH
24 PERMISSION OF
25 TREVOR CAUDLE, ESQ,
26 Attorneys for Plaintiff
27 Dated: 2/26/07
28

-1-

[Proposed] Order re
Case Mgmnt. Conf.