IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORUS CORPORATION,<br><br>    Plaintiff<br><br>  v.<br><br>AROA MARKETING, INC., et al.,<br><br>    Defendants<br>                                        / | No. C-06-7376 MMC<br><br>**ORDER CLOSING CONSOLIDATED CASE FOR STATISTICAL PURPOSES ONLY** |

      On March 30, 2007, the following cases were consolidated for all purposes: (1) <u>Storus Corp. v. Restoration Hardware, Inc.</u>, C-06-2454 MMC, and; (2) <u>Storus Corp. v. Aroa Marketing, Inc.</u>, C-06-7376 MMC. On April 13, 2007, plaintiff, with leave of court, filed in Case No. C-06-2454 a First Amended Consolidated Complaint. Because all claims have now been alleged in Case No. C-06-2454, and all further documents will be filed in such case, the Court hereby CLOSES Case No. C-06-7376 for statistical purposes only.

      Nothing contained in this order shall be considered a dismissal or disposition of any action. Should further proceedings become necessary or desirable in Case No. C-06-7376, any party may initiate them in the same manner as if this order had not been entered.

    **IT IS SO ORDERED.**

Dated: April 17, 2007

                                              MAXINE M. CHESNEY<br>
                                              United States District Judge